# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2010 AUG 31 PM 1:35

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br>VICTOR HUGO SIVILLA (1),<br><br>       Defendant. | CASE NO. 10CR2647-WQH<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: 21:952 and 960 - Importation of cocaine (Felony) (1) 21:952 and 960 - Importation of methamphetamine (Felony) (2)

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: AUGUST 30, 2010

                 _____
                 WILLIAM Q. HAYES, US DISTRICT COURT
                 UNITED STATES DISTRICT JUDGE

                 ENTERED ON _____